# CASE IS UNDER SEAL, DOCUMENT REMOVED BY COURT